UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19mj 3030- Reid

UNITED STATES OF AMERICA

vs.

MIGUEL BAILON MOREIRA,
AROLDO MORALES ARREDONDO,
and WILMER PANCHANA YAGUAL,

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
BRIAN G. SATTLER
Special Assistant United States Attorney
Court No.: A5502541
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL: (786) 636-9764
FAX: (305) 536-4676
E-Mail: Brian.Sattler@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MIGUEL BAILON MOREIRA,<br>AROLDO MORALES ARREDONDO, and<br>WILMER PANCHANA YAGUAL,<br><br>*Defendant(s)* | Case No. 19mj 3030 -Reid |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __June 02, 2019__, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam J. Snyder, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/25/19

_____
*Judge's signature*

City and state: Miami, Florida

United States Magistrate Judge Lisette M. Reid
*Printed name and title*

## **AFFIDAVIT**

I, Adam J. Snyder, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Drug Enforcement Administration (DEA) in Miami, Florida and have worked in this capacity since May 2012. My official DEA duties include investigating criminal violations of federal narcotics laws. I am familiar with the ways in which drug traffickers, including maritime drug traffickers, conduct their business, including but not limited to their methods of importing and distributing narcotics.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against MIGUEL BAILON MOREIRA, AROLDO MORALES ARREDONDO, and WILMER PANCHANA YAGUAL for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. The facts contained in this Affidavit are based on my personal knowledge, as well as other information obtained from other law enforcement personnel, and other witnesses.

4. On or about June 2, 2019, while on patrol in the Eastern Pacific Ocean, a U.S. Government Marine Patrol Aircraft (MPA) detected an open-style fishing vessel, or target of interest (TOI), 110 nautical miles southwest of the Costa Rica/Panama border in international waters. The U.S. Coast Guard Cutter MOHAWK was in the vicinity of the TOI and diverted to intercept. The MOHAWK launched a smaller boat, an Over the Horizon vessel (OTH) to intercept the TOI.

5. While in pursuit, the U.S. Coast Guard OTH boarding team observed packages being thrown overboard from the TOI. The OTH boarding team briefly stopped to recover one of the packages, which they suspected contained cocaine based on their training and experience. After resuming the chase, the OTH boarding team continued to observe additional packages being jettisoned from the TOI. The OTH boarding team reported the positions of these packages to the MOHAWK.

6. The TOI stopped after the MPA conducted a low altitude fly-over. Shortly thereafter, the OTH boarding team gained positive control of the TOI in international waters, and the OTH boarding team observed that the TOI was an approximately 33 feet long open style fishing vessel with 2 outboard engines. There was no indicia of nationality or registration on the vessel. The boarding team encountered three crewmembers onboard the TOI who were determined to be: MIGUEL BAILON MOREIRA (Ecuadorian national), AROLDO MORALES ARREDONDO (Guatemalan national), and WILMER PANCHANA YAGUAL (Ecuadorian national). None of the crewmembers identified themselves as the master of the TOI nor made any claim of nationality or registration for the vessel. Based on this, and pursuant to international law, the TOI was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. At that time, a full law enforcement boarding was conducted.

7. The OTH boarding team then field-tested the substance in the package and it tested positive as cocaine. The MOHAWK launched a second smaller boat, a Cutter Boat Large (CBL), to recover the packages jettisoned from the TOI. All together, the U.S. Coast Guard recovered 20 similar packages weighing approximately 509 kilograms. The OTH boarding team then removed the three crewmembers from the TOI and detained them. On June 24, 2019, MIGUEL

BAILON MOREIRA, AROLDO MORALES ARREDONDO, and WILMER PANCHANA YAGUAL were brought to the Southern District of Florida and were transferred to the custody of United States law enforcement.

8.  Based on the foregoing facts, I submit that probable cause exists to believe that, MIGUEL BAILON MOREIRA, AROLDO MORALES ARREDONDO, and WILMER PANCHANA YAGUAL, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is five kilograms or more of cocaine, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Adam J. Snyder
Special Agent
Drug Enforcement Administration

Sworn to me and subscribed before me
this 25th day of June, 2019
in Miami, Florida.

THE HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE